FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVIS J. HILLMAN and KIMBERLY B. HILLMAN<br><br>Plaintiffs,<br><br>v.<br><br>HAYDEN HOMES, LLC; STEVE KLINGMAN, individually; NEW HOME STAR WASHINGTON, LLC; and JOHN KIRSCH, individually,<br><br>Defendants. | NO: 2:18-CV-80-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss, ECF No. 17, and Amended Motion to Dismiss, ECF No. 18. The parties filed the Amended Motion to correct the filing and service dates erroneously displayed on the original motion.

Having reviewed the Motions and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. The Amended Motion to Dismiss (stipulated with corrected filing and service dates), **ECF No. 18**, is **GRANTED**.

2. The parties' Stipulated Motion to Dismiss, **ECF No. 17**, is **DENIED AS MOOT**.

3. Plaintiffs' Complaint is dismissed with prejudice and without costs to any party

4. All pending motions, if any, are **DENIED AS MOOT**.

5. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** July 24, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge